PEERLESS PATTERN COMPANY v. McCLURE'S PUBLICATIONS.— Motion denied, with ten dollars costs, on the ground that no leave is necessary. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

JEAN NEWCOMBE v. HARRY VON TILZER.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

JOHN J. O'LEARY v. ARTEMAS WARD.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

MICHAELA VERDI v. MICHAEL NOCENTI COMPANY.— Motion for stay granted. Order to be settled on notice. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

FRANK J. WATERS and Others v. BORGE DE MOSSIN.— Motion granted; injunction continued. Order to be settled on notice. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

In the Matter of JOSEPH WILKENFELD.— Reference ordered to Hon. H. A. Gildersleeve, official referee. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Dowling, Smith and Page, JJ.

In the Matter of ALBERT E. RAHM.— Motion for reargument denied. Order to be submitted on original proceeding. Present — Clarke, P. J., Scott, Page, Davis and Shearn, JJ.

ROBERT HOLMES v. MARY L. JONES and Others.—Motion denied, with ten dollars costs. Present — Clarke, P. J., Scott, Page, Davis and Shearn, JJ.

SAMUEL GOLDBERGER, Appellant, v. UNITED STATES GRAND LODGE, ORDER BRITH ABRAHAM, Respondent.— Order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.; Shearn, J., dissented.

In the Matter of WILHELM KLUMPF, Deceased.— Decree affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

HENRY McALLISTER, Appellant, v. MUNSON STEAMSHIP LINE, Trading under the Name of MUNSON LINE, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

KATHRYN LEE, Respondent, v. BOSTON NATIONAL GRAND OPERA COMPANY, INC., Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, on the ground that the papers are entirely insufficient to support an attachment. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

FRANK C. TITUS, JR., Plaintiff, v. CENTRAL PARK, NORTH AND EAST RIVER RAILROAD COMPANY and Another, Respondents. ANNA B. LINCH, as Executrix, etc., Appellant; JOHN BEAVER, as Receiver, etc., Respondent.—Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

FELIX DE LUCA, Respondent, v. HARVEY T. ANDREWS and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

GEORGE ABRAMS, Appellant, v. SOUTHOLD SAVINGS BANK, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.